1054

No. 84–1358.   GREENFIELD ET AL. *v.* WOOD, TRUSTEE FOR TOWER 2450, INC.   C. A. 11th Cir.   Certiorari denied.   ■

No. 84–1359.   LERMAN *v.* FLYNT DISTRIBUTING CO., INC. C. A. 2d Cir.   Certiorari denied.

No. 84–1364.   WILLIAMSON *v.* GILLMOR.   Int. Ct. App. Haw. Certiorari denied.

No. 84–1370.   AUSTIN, A MINOR, ET AL. *v.* BROWN LOCAL SCHOOL DISTRICT ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 84–1375.   JETT *v.* JETT.   Ct. App. La., 1st Cir.   Certiorari denied.

No. 84–1389.   CITY OF BURBANK ET AL. *v.* CINEVISION CORP. C. A. 9th Cir.   Certiorari denied.

No. 84–1390.   WILSON ET AL. *v.* POGO PRODUCING CO.   C. A. 10th Cir.   Certiorari denied.

No. 84–1394.   MATCHETT *v.* CHICAGO BAR ASSN. ET AL. App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 84–1395.   LOTZ REALTY CO., INC., ET AL. *v.* ANTI-DEFAMATION LEAGUE ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 84–1401.   CARPENTER *v.* CITY OF PASCO, WASHINGTON. Super. Ct. Wash., Franklin County.   Certiorari denied.

No. 84–1411.   ARKANSAS-BEST FREIGHT SYSTEM, INC. *v.* BARRENTINE ET AL.   C. A. 8th Cir.   Certiorari denied.   ■

No. 84–1431.   SMITH ET AL. *v.* SORENSEN, COMMISSIONER OF LABOR OF NEBRASKA, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 84–1443.   THOMPSON BUILDING MATERIALS INC. *v.* BOARD OF TRUSTEES OF THE WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND.   C. A. 9th Cir.   Certiorari denied.   ■